AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

08 DEC 16 AM 11:01

### Judicial    DISTRICT OF    New Mexico

CLERK - LAS CRUCES

UNITED STATES OF AMERICA

### V.

## CRIMINAL COMPLAINT

Rosvelt C. HERNANDEZ

CASE NUMBER: 08-2914 mj

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about September 17, 2007, September 24, 2007, September 27, 2007, October 04, 2007, and December 1, 2007 in Luna County, in the Judicial District of New Mexico, and On or about September 28, 2007 and February 9, 2008 in Dona Ana County, in the Judicial District of New Mexico the defendant(s) did,

Knowingly make false or written statements in connection with acquisition of firearm(s) from a licensed dealer.

in violation of Title 18  United States Code, Section(s) 922(a)(6).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

See Attachment

Continued on the attached sheet and made a part hereof:    ☒ YES    ☐ NO

_____  S.A.
Signature of Complainant
Dennis King

Sworn to before me and subscribed in my presence,    Special Agent, ATF

Las Cruces, NM

_12/16/08_____    at    _____
Date                                                  City and State

Carmen E. Garza,                      _____
Name and Title of Judicial Officer    Signature of Judicial Officer
US Magistrate
Judge

UNITED STATES OF AMERICA

V.

Rosvelt C. HERNANDEZ

**AFFIDAVIT**

I, Dennis King, having been duly sworn, state as follows under oath:

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have worked in Law enforcement for approximately 8 years, and for the past 8 months I have been employed as a Special Agent with ATF. I have completed the Criminal Investigator Training Program at Federal Law Enforcement Training Center located in Glynco, Georgia. I have also completed Special Agent Basic Training at ATF National Academy located in Glynco, Georgia.

2.  The information set forth in this Affidavit is based upon my review of criminal history records, discussions with other law enforcement officers, and the review of reports and other documents. The recitation of facts outlined in this narrative is not meant to be a complete narrative of all that has occurred in connection with this investigation, but is only a summary of facts necessary to show probable cause that Rosvelt C. HERNANDEZ did knowingly make false oral or written statements in connection with acquisition of firearm(s) from a licensed dealer.

3.  On or about September 17, 2007 Rosvelt HERNANDEZ responded to Shaun Reynolds, a federally licensed firearms dealer in Deming, New Mexico. At the store HERNANDEZ purchased two (2) identical firearms. The firearms were identified as follows:

    a.  Glock, Model 22, .40 caliber handgun, serial number KXE749.
    b.  Glock, Model 22, .40 caliber handgun, serial number KSR244.

4.  On or about September 24, 2007 Rosvelt HERNANDEZ responded to TRAIL ARMS GUNSMITH, a federally licensed firearms dealer in Deming, New Mexico. At the store HERNANDEZ purchased four (4) identical firearms. The firearms were identified as follows:

    c.  Glock, Model 22, .40 caliber handgun, serial number KSR288.
    d.  Glock, Model 22, .40 caliber handgun, serial number KSR289.
    e.  Glock, Model 22, .40 caliber handgun, serial number LGN918.
    f.  Glock, Model 22, .40 caliber handgun, serial number LGN919.

5.  On or about September 27, 2007 Rosvelt HERNANDEZ responded to NEW DEAL, a

federally licensed firearms dealer in Deming, New Mexico. At the store HERNANDEZ purchased one (1) firearm, which was identical to the previous six (6) firearms that were purchased by HERNANDEZ. The firearm was identified as follows:

    g.  Glock, Model 22, .40 caliber handgun, serial number KXF153.

6. On or about September 28, 2007 Rosvelt HERNANDEZ responded to SPORTMAN'S WAREHOUSE, a federally licensed firearms dealer in Las Cruces, New Mexico. At the store HERNANDEZ purchased one (1) firearm which was similar to the previous seven (7) firearms purchased by HERNANDEZ. The firearm was identified as follows:

    h.  Glock, Model 35, .40 caliber handgun, serial number KTC280.

7. On or about September 28, 2007 Rosvelt HERNANDEZ responded to the CUSTOM CARTRIDGE COMPANY, a federally licensed firearms dealer in Las Cruces, New Mexico. At the store HERNANDEZ purchased two (2) identical firearms. The firearms were identified as follows:

    i.  Glock, Model 22, .40 caliber handgun, serial number BWS216US.
    j.  Glock, Model 22, .40 caliber handgun, serial number CDY622.

8. On or about October 4, 2007 Rosvelt HERNANDEZ responded to NEW DEAL, a federally licensed firearms dealer in Deming, New Mexico. At the store HERNANDEZ purchased one (1) firearm which was similar to the previous ten (10) firearms purchased by HERNANDEZ. The firearm was identified as follows:

    k.  Glock, Model 22 compensated, .40 caliber handgun, serial number KSR639.

9. On or about December 1, 2007 Rosvelt HERNANDEZ responded to NEW DEAL, a federally licensed firearms dealer in Deming, New Mexico. At the store HERNANDEZ purchased one (1) firearms which was similar to the previous eleven (11) firearms purchased by HERNANDEZ. The firearms was indentified as follows:

    l.  Glock, Model 22, .40 caliber handgun, serial number LGU377.

10. On or about February 9, 2008 Rosvelt HERNANDEZ responded to SPORTMAN'S WAREHOUSE, a federally licensed firearms dealer in Las Cruces, New Mexico. At the store HERNANDEZ purchased one (1) firearm. The firearm was identified as follows:

    m.  Smith and Wesson, Model SW9VE, 9mm handgun, serial number RAY1198.

11. On 02/18/2008 Deming Immigration and Customs Enforcement (ICE) Agents responded to the Columbus, New Mexico Port of Entry (POE) in reference to a

shooting that took place in Palomas, Chihuahua, Mexico.  The shooting took place three blocks south of the POE.  Two trucks, each armed with three gunmen, opened fire with AK-47 rifles and shot into a Cadillac SUV.  The ICE Agents believe that the motive for the shooting is due to a power struggle between drug trafficking organizations in the Palomas, Chihuahua, Mexico area.  The driver, Javier Otero-Miranda and a passenger Adan Alonso-Perez-Fuentes were killed.  Agents found Javier Otero-Miranda to be in possession of a Glock, Model 22, .40 caliber handgun, serial number KSR244.  This is the same firearm that was purchased (multiple sale) by HERNANDEZ on 09/17/08 in Deming, New Mexico.

12. On 03/21/2008 ATF Special Agent Jorgensen received information from U.S. Border Patrol Supervisory Agent Demetrio Guerra in Deming, New Mexico.  Guerra advised that the Deming, New Mexico station received a call for service from a citizen regarding two (2) possible illegal aliens attempting to sell firearms at the residence. Patrol Agents responded to the residence and were informed that two (2) suspected illegal aliens had since departed the location, but prior to leaving left three (3) firearms at the doorstep area of the residence.  Patrol Agents recovered three (3) firearms from this area.  The following firearms were seized:
    a.  One (1) Beretta, 9mm, handgun, model 92FS, with an obliterated serial number.
    b.  One (1) Colt, .32 caliber, handgun, serial number 123804.
    c.  One (1) Glock, Model 22, .40 caliber handgun, serial number BWS216US.

   Item 12(c) was the same Glock, Model 22, .40 caliber handgun, serial number BWS216US that was purchased (multiple sale) by HERNANDEZ on 09/28/2007 in Las Cruces, New Mexico.

13. On all of the above listed firearms transaction HERNANDEZ used the address of 900 W. Pear, #9, Deming, New Mexico as his address on the ATF Form 4473, Firearms Transaction Record.  Agents conducted a computer check on HERNANDEZ and determined that he had an address of 1000 S. Zinc, Apt.49, Deming, New Mexico.  A computer check of a University of New Mexico license plate "02UNM58" responded back to a Maria or Rosvelt HERNANDEZ, with an address of 1000 S. Zinc, Apt. 49, Deming, New Mexico.

14. Agents received information from the U.S. Postal Inspection Service.  It was determined that Rosvelt HERNANDEZ did not receive any mail at 900 W. Pear, #9, Deming, New Mexico on 09/23/2008, but a person using the name Maria J. and Maria C. HERNANDEZ receives mail at the address.  The Inspector advised Agents that Rosvelt HERNANDEZ did not receive any mail at 1000 S. Zinc, Apt.49, Deming, New Mexico on 09/23/2008, but a female using the name Maria HERNANDEZ receives mail at the address.  The Inspector also advised Agents that HERNANDEZ has not placed a change of address/forward order on either addresses.

15. SA Lester requested birth records HERNANDEZ from the Texas Vital Statistics. Texas Vital Statistics responded back stating that Rosvelt HERNANDEZ was born in

Presidio, Texas. During the firearms transaction on 09/27/2007 Rosvelt HERNANDEZ stated on the ATF Form 4473, Firearms Transaction Record that he was born in Deming, New Mexico. During all of the other known firearms transactions Rosvelt HERNANDEZ stated he was born in Presidio, Texas.

16. Based on the above information your affiant believes there is probable cause to believe that Rosvelt HERNANDEZ violated Title 18, U.S.C. 922(a)(6) that is knowingly making false or written statements in connection with acquisition of firearm(s) from a licensed dealer.

This complaint was approved by United States Attorney Ron Jennings.

_S.A._

Dennis King
Special Agent, ATF

Subscribed to and sworn to before me this
_10th_ day of _Dec_, 2008

United States Magistrate Judge